**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA GONZALES,<br><br>        Plaintiff,<br><br>   v.<br><br>THR CALIFORNIA, LLC. A DELAWARE LIMITED LIABILITY CORPORATION; TRUSTEE CORPS; JPMORGAN CHASE BANK, N.A.; BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION; AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 13-00845-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>June 19, 2013</u>

                                              */s/ Virginia A. Phillips*
                                              VIRGINIA A. PHILLIPS

1 |                                      United States District Judge
2 |
3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |